IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:

Cody Matthews, on behalf of Anthony
Matthews, deceased
Case No. 1:19-cv-01375

### **STIPULATED DISMISSAL WITH PREJUDICE**

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: January 27, 2026.

By: */s/ Michael S. Kruse*
    Michael S. Kruse
    NIEMEYER, GREBEL & KRUSE, LLC
    211 N. Broadway
    Suite 2925
    St. Louis, MO 63102
    Phone: (314) 241-1919
    Fax: (314) 665-3017
    Email: kruse@ngklawfirm.com

*Attorney for Plaintiff*

By: */s/ Andrea Roberts Pierson*
    Andrea Roberts Pierson
    Faegre Drinker Biddle & Reath, LLP
    300 North Meridian Street, Suite 2500
    Indianapolis, IN 46204
    Phone: (317) 237-0300
    Fax: (317) 237-1000
    andrea.pierson@faegredrinker.com

*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of January 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

<em>/s/ Andrea Roberts Pierson</em>